UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10159-NG

UNITED STATES OF AMERICA

v.

LUIS CABRERA

**FURTHER ORDER ON EXCLUDABLE TIME**

July 19, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 7, 2004 through September 10, 2004,

that being the period between the expiration of the initial order on excludable time and the Interim Status Conference.

Based upon the prior order of the court dated June 9, 2004, and this order, at the time of the Interim Status Conference on September 10, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

       / s / Judith Gail Dein
       JUDITH GAIL DEIN
       United States Magistrate Judge