UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10159-NG

UNITED STATES OF AMERICA

v.

LUIS CABRERA

## FURTHER ORDER ON EXCLUDABLE TIME

September 7, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for September 10, 2004.  The parties jointly have requested a continuance in order to continue discussions in an effort to resolve the matter short of trial.  In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 10, 2004 - October 19, 2004

that being the time between the date the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for October 19, 2004 at 10:00 a.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference**.  **In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge