UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CRIMINAL NO.: 04-10159-NG |
| v. | ) ) |  |
| LUIS CABRERA a/k/a Luis Alcantara a/k/a Luis Cabreia a/k/a Hector Rivera a/k/a Hector Rivers | ) ) ) ) ) |  |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE AND TO EXCLUDE TIME

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney Carl Donaldson, Esq., jointly move to continue the Status Conference currently scheduled for November 30, 2004 at 10:15 a.m for approximately 60 days. As grounds therefore, the parties state that the parties need this additional time to negotiate a possible plea agreement.

Additionally, the parties move, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on November 30, 2004 and ending on the date set for the Status Conference by the Court. As grounds therefor, the parties state that the interests of justice are best served by allowing the parties additional time to negotiate a possible plea agreement.

WHEREFORE, the parties respectfully request, under 18 U.S.C. §3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court, that this Court find, based on the above, that the ends of justice served by granting the requested continuance and exclusion outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, grant the continuance as requested above and exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| LUIS CABRERA<br>By his attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| /s/Carl Donaldson<br>CARL DONALDSON, ESQ.<br>617-742-0474 | /s/ Seth P. Berman<br>SETH P. BERMAN<br>Assistant U.S. Attorney<br>(617) 748-3385 |

November 29, 2004