UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10159-NG

UNITED STATES OF AMERICA

v.

LUIS CABRERA

## FURTHER ORDER ON EXCLUDABLE TIME

November 30, 2004

DEIN, M.J.

An Interim Status Conference was scheduled before this Court for November 30, 2004. The parties jointly have requested a continuance in order to continue discussions in an effort to resolve the matter short of trial. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 30, 2004 - January 31, 2005

that being the time between the date the Interim Status Conference as originally scheduled and the Conference as rescheduled.

**The Interim Status Conference has been rescheduled for January 31, 2005 at 2:30 p.m. Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(A)(1) through (7) before the close of business no less than THREE business days prior to that Status Conference. In addition, the parties shall include in the Joint Memorandum not only the periods**

**of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.**

               / s / Judith Gail Dein
               JUDITH GAIL DEIN
               United States Magistrate Judge