UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10159-NG

UNITED STATES OF AMERICA

v.

LUIS CABRERA

## FURTHER ORDER ON EXCLUDABLE TIME

Janaury 31, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 31, 2005 through February 28, 2005

that being the time between the Interim Status Conference and the Final Status Conference.

Based upon the prior order of the court dated June 9, 2004, July 19, 2004, September 7, 2004, October 19, 2004, November 30, 2004, and this order, at the time of the Final Status Conference on February 28, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                                / s / Judith Gail Dein
                                                JUDITH GAIL DEIN

United States Magistrate Judge