UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL DIVISION
DOCKET NO. 1:04-CR-10159-NG

UNITED STATES

v.

LUIS CABRERA

## ASSENTED TO MOTION TO CONTINUE FINAL STATUS CONFERENCE

Now comes the Defendant, Luis Cabrera in the above matter and files this Motion to Continue Final Status Conference to March 18, 2005 at 2:00 P.M.. Counsel for the Government has assented to this Motion.

    Respectfully Submitted,
    Luis Cabrera
    By Luis Cabrera's Attorney

    /s/ Carl N. Donaldson
    Carl N. Donaldson (BBO#645384)
    11 Beacon Street, Suite 600,
    Boston, MA 02108
    617-742-0474

MICHAEL J. SULLIVAN
United States Attorney
By:

/s/ Seth P. Berman
Seth P. Berman
Assistant U.S. Attorney

Dated: February 24, 2005