UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10159-NG

UNITED STATES OF AMERICA

v.

LUIS CABRERA

**FURTHER ORDER ON EXCLUDABLE TIME**

April 4, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 4, 2005 through April 29, 2005,

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated June 9, 2004, July 19, 2004, September 7, 2004, October 19, 2004, November 30, 2004, January 31, 2005, February 28, 2005, March 14, 2005 and this order, at the time of the Final Status Conference on April 29, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　JUDITH GAIL DEIN

United States Magistrate Judge