May 17, 2005

To: Judge Gertner
U.S Courthouse Suite 4130
One Courthouse Way
Boston, MA 02210

From: Luis Cabrera
P.O. Box
S. Walpole, MA 02071

Case number: 04M-1058-JGD

Dear Judge Gertner

I am writing in regards to the abuse that we are receiving at MCI Walpole. We have little access to the law library. We are federal detainee locked up about twenty hours a day. The medical care in here is not good at all.

I am a diabetic I am not getting the proper care that I need. I am losing a toenail. I told them about it and nothing has been done. I will hold responsible at MCI Walpole for any further damage to myself.

Because we are not sentenced, we should be able to communicate with our Attorneys at any time, but in here it's impossible because at the time that you can call we are locked up. Also Threats by the staff verbal abuse. Some of the C/O, even call our names, so you can lose your head and do something stupid.

This's one of the reason, why am I writing to you Judge Gertner, to see if is in your Power to find a solution to this very important matter.

Also Judge Gertner, I been waiting trial for over a year, and nothing has happened. Can you please look in to this matter, and advance this process.

In addition I haven't received the discovery of my case it been almost sixteen month since my arrest, and I am still waiting for this documents.

Thank you for your time Judge Gertner.

Sincerely,

Luis Cabrera