UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10159-NG

UNITED STATES OF AMERICA

v.

LUIS CABRERA

**FINAL STATUS REPORT**

June 16, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, June 16, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. The defendant withdrew his request for appointment of new counsel.

2. Discovery is completed at this time, except as provided herein. There are no outstanding or anticipated discovery issues. The government is producing additional information about a newly identified witness.

3. The defendant does not intend to file any motion to suppress.

4. Based upon the prior orders of the court dated June 9, 2004, July 19, 2004, September 7, 2004, October 19, 2004, November 30, 2004, January 31, 2005, February 28, 2005, March 14, 2005, and April 4, 2005, at the time of the Final Status Conference on June 16, 2005, there were zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days remaining under the Speedy Trial Act in which this case must be tried.

5. It is estimated that if the case goes to trial, the trial will last approximately two (2) weeks.

6.      The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

          / s / Judith Gail Dein
          Judith Gail Dein
          United States Magistrate Judge