UNITED STATES DISTRICT COURT
District of Massachusetts

FILED IN
OPEN COURT
8/24/05

UNITED STATES OF AMERICA

v.

CASE NUMBER: ~~04M-1058-JGD~~

04cr10159NG

LUIS ALCANTARA a/k/a LUIS CABRERA

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAME COURT:

Now comes Lawrence P. Novak, Esquire who wishes to enter his appearance as attorney for the Defendant, Luis Alcantara a/k/a Luis Cabrera relative to the above captioned matter.

Respectfully submitted

Lawrence P. Novak, Esquire
235 Candy Lane
Brockton, MA 02301
BBO# 548589

## CERTIFICATE OF SERVICE

I, Lawrence P. Novak, Esquire, certify on this 24th day of August 24, 2005, I served a copy of the attached NOTICE OF APPEARANCE, in hand to

United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210

_____
Lawrence P. Novak