UNITED STATES DISTRICT COURT
District of Massachusetts
Docket No. 1:04-cr-10159-NG-1

UNITED STATES OF AMERICA

VS.

LUIS CABRERA

## DEFENDANT'S MOTION FOR MEDICAL TREATMENT

NOW COMES the Defendant, Luis Cabrera, in the above-captioned matter and hereby requests that this Honorable Court order that he be granted proper treatment for his diabetes. If Plymouth County cannot provide the proper medical care, then the Defendant, requests this Honorable Court to have him transferred to a location where he may obtain such proper medical care for diabetes.

Respectfully submitted,
Luis Cabrera by his attorney

/s/Lawrence P. Novak
Lawrence P. Novak, Esquire
235 Candy Lane
Brockton, MA 02301
508-587-8400
BBO# 548589

## CERTIFICATE OF SERVICE

I, Lawrence P. Novak, certify that I have served a copy of the above Motion For Medical Treatment on this 30th day of August, 05 via United States Mail, postage pre-paid to:

United States District Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Lawrence P. Novak