## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | No. 04-cr-10159-NG |
| ) | |
| Luis Cabrera, ) | |
|     Defendant. ) | |

GERTNER, D.J.:

### ORDER FOR MEDICAL TREATMENT

Defendant Luis Cabrera has filed a motion for medical treatment for his diabetes while he is incarcerated at the Plymouth County Correctional Facility [docket entry # 35]. In the alternative, he seeks transfer to another facility able to provide the appropriate medical treatment.

The government has not opposed this motion.

It is therefore hereby ordered that the Plymouth County Correctional Facility provide the defendant treatment for his diabetes or transfer him to another location where he may receive proper medical care.

SO ORDERED.

Dated: September 15, 2005          s/ NANCY GERTNER U.S.D.J.