UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:04-cr-10159-NG-1

LUIS CABRERA
Defendant

_____


**MOTION FOR REVOCATION OF DETENTION ORDER**


Now comes the Defendant, Luis Cabrera, in the above-entitled action, and hereby moves this Honorable Court pursuant to 18 W.S.C. Section 314(b) to revoke the detention order entered by the United States Magistrate pursuant to 18 U.S.C. Section 3142.  The magistrate, after a hearing, ordered Mr. Cabrera detained pending trial.  The Defendant now seeks review of this detention order and respectfully requests a hearing on the instant motion.

As reasons therefore, the Defendant contends there exists a combination of conditions that would assure the Defendant's appearance and the safety of the community.  See: 18 U.S.C. Section 3142©.  Please see attached Memorandum In Support of Revocation of Detention Order.

Respectfully submitted,
Luis Cabrera
By his attorney,

___/s/Lawrence P. Novak__
Lawrence P. Novak
BBO#: 548589
235  Candy Lane
Brockton, MA 02301
(508) 587-8400

Dated: September 21, 2005