UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | CRIMINAL NO.: 04-10159-NG |
| v. | ) ) |  |
| LUIS CABRERA<br>a/k/a Luis Alcantara<br>a/k/a Luis Cabreia<br>a/k/a Hector Rivera<br>a/k/a Hector Rivers | ) ) ) ) ) |  |

GOVERNMENT'S MOTION FOR STATUS CONFERENCE AND TO SET TRIAL DATE

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, hereby moves the Court to hold a status conference and schedule a date for trial or other disposition. As grounds therefor, the government states that the case needs to be scheduled for trial or other disposition.

                                                Respectfully Submitted,
                                                MICHAEL J. SULLIVAN
                                                United States Attorney
                                                By:

                                                /s/ Seth P. Berman
                                                SETH P. BERMAN
                                                Assistant U.S. Attorney
                                                (617) 748-3385

November 17, 2005