UNITED STATES DISTRICT COURT
District of Massachusetts
Docket No. 1:04-cr-10159-NG-1

UNITED STATES OF AMERICA

VS.

LUIS CABRERA

DEFENDANT'S MOTION FOR PRE-PLEA PROBATION SERVICE REPORT

NOW COMES the Defendant, Luis Cabrera, in the above-captioned matter and hereby requests that this Honorable Court order a hearing for a Probation Service Report.

Respectfully submitted,
Luis Cabrera by his attorney

/s/Lawrence P. Novak
Lawrence P. Novak, Esquire
235 Candy Lane
Brockton, MA 02301
508-587-8400
BBO# 548589

CERTIFICATE OF SERVICE

I, Lawrence P. Novak, certify that I have served a copy of the above Motion For Pre-Plea PSR on this 20th day of December, 05 via electronic mail to:

Seth P. Berman  Seth.Berman@usdoj.gov
United States District Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

Janet Smith  Janet.Smith@usdoj.gov
United States District Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Lawrence P. Novak