₰JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** POSTAL INSPECTORS

**City** Quincy, Peabody, Davers, others   **Related Case Information:**

**County** Norfolk, Essex

Superseding Ind./ Inf.   Yes   Case No. 04-10159-NG
Same Defendant   YES   New Defendant _____
Magistrate Judge Case Number   04M-1658-JGD
Search Warrant Case Number   _____
R 20/R 40 from District of   _____

FILED IN CLERKS OFFICE
2006 NOV -2 A 11:31
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Defendant Information:**

Defendant Name   Luis Cabrera   Juvenile   ☐ Yes   ☒ No

Alias Name   Luis Alcantara, Luis Cabreia, Hector Rivers, Hector Rivera

Address   493 Columbia Road, Boston, MA

Birth date (Year only):   1971   SSN (last 4 #):   7971   Sex   M   Race:   Hispanic   Nationality:   Dominican Rep

Defense Counsel if known:   Lawrence Novack   Address:   235 Candy Lane
                                                                    Brockton, MA 02301

Bar Number:   _____

**U.S. Attorney Information:**

AUSA   Seth P. Berman   Bar Number if applicable   629332

Interpreter:   ☐ Yes   ☒ No   List language and/or dialect:   _____

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date:   May 4, 2004

☒ Already in Federal Custody as   Pretrial Detention   in   Plymouth
☐ Already in State Custody   _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by   _____   on   _____

Charging Document:   ☐ Complaint   ☒ Information   ☐ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   25

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   November 2, 2006   Signature of AUSA:   _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Luis Cabrera a/k/a Luis Alcantara

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1344 | Wire Fraud | Counts 1-13 |
| Set 2  18 U.S.C. § 1343 | Bank Fraud | Counts 14-21 |
| Set 3  18 U.S.C. § 1341 | Mail Fraud | Counts 22-25 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

js45.information.alcantara.wpd - 1/15/04 (USAO-MA)