Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10159-NG |
| ) | |
| LUIS CABRERA ) | |

### WAIVER OF INDICTMENT

I, **LUIS CABRERA**, the above-named defendant, who is accused of thirteen counts of wire fraud in violation of Title 18 U.S.C. § 1343, eight count of bank fraud in violation of 18 U.S.C. § 1344, and four counts of mail fraud in violation of 18 U.S.C. § 1341, being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on November 6, 2006 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

LUIS CABRERA, Defendant

Lawrence Novack, Esq
Counsel for the Defendant

Before: Hon. NANCY GERTNER
United States District Court Judge

11/6/06