UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO.: 04-10159-NG |
| v. | ) | |
| | ) | |
| LUIS CABRERA | ) | |
| a/k/a Luis Alcantara | ) | |
| a/k/a Luis Cabreia | ) | |
| a/k/a Hector Rivera | ) | |
| a/k/a Hector Rivers | ) | |

JOINT MOTION TO CONTINUANCE SENTENCING

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, and the defendant, by and through his attorney, Larry Novack, Esq., jointly move to continue the Sentencing currently scheduled for January 31, 2007 until on or after February 26, 2007. As grounds therefore the parties states that Attorney Novack will be undergoing surgery in January, making him unable to appear in court for several weeks thereafter. Moreover, Postal Inspector John Murphy, a witness who lives in Seattle, Washington, and who is required by the government at the hearing, will be unavailable on the currently scheduled date of the hearing and on numerous dates during the first weeks of February.

WHEREFORE, the parties respectfully request that the Court grant the requested continuance and reschedule the Sentencing from January 31, 2007 to a date on or after February 26, 2007.

Respectfully Submitted,

| | |
|---|---|
| LUIS CABRERA | MICHAEL J. SULLIVAN |
| By his attorney | United States Attorney |
| | By: |
| | |
| /s/Larry Novack (by SPB) | /s/ Seth P. Berman |
| LARRY NOVACK, ESQ. | SETH P. BERMAN |
| 617-742-0474 | Assistant U.S. Attorney |
| | (617) 748-3385 |

December 11, 2006