

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 0583-1393014-ECMT (1) |
| PERSON INTERVIEWED | : | Luis Cabrera (aka Luis Alacantara) |
| DATE OF INTERVIEW | : | January 29, 2004 |
| TIME OF INTERVIEW | : | 10:00AM until 12:50PM |
| INTERVIEWED BY | : | John F. Murphy, Postal Inspector<br>Michael Wheaton, MSP<br>James Ordway, Natick PD |
| LOCATION | : | Natick, MA. Police Department |

WARNING & WAIVER OF RIGHTS

Luis Cabrera, aka Luis Alcantara, DOB 12/01/71, SSN 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, 36 Melbourne Street, Dorchester, MA, 02124, was interviewed on this date pursuant to his arrest by the Natick Police. Mr. Cabrera is the main suspect of an ongoing Postal Inspection Service investigation into a fraudulent scheme involving the use of stolen identities to purchase vehicles in the Boston area. Mr. Cabrera was arrested upon his appearance at Natick District Court for prior identity theft charges. Mr. Cabrera was explained his rights and agreed to talk about the case with investigators. Mr. Cabrera acknowledged and signed PS Form 1067, Warning and Waiver of Rights, before answering questions.

BACKGROUND

Mr. Cabrera was shown three photos. The first was a photocopy of the fraudulent Elsie Roman New York license. Mr. Cabrera identified the photo as the woman he had met who he helped purchase a VW in Natick. Mr. Cabrera stated he met the woman who posed as Elsie Roman at "Typico" restaurant on Blue Hill Avenue a week before she bought the VW in Natick. Mr. Cabrera said the woman was "Domingo's friend". Mr. Cabrera was shown an INS photo of Domingo Ramos. Mr. Cabrera identified the photo as "Domingo, the guy who is behind this whole thing". Mr. Cabrera initialed and dated the photograph of Domingo Ramos. Mr. Cabrera was shown a photocopy of the fraudulent Jose Gomez New York License. Mr. Cabrera identified the person in the photo as Alexis Sanchez. Mr. Cabrera initialed and dated the photocopy of the fraudulent Jose Gomez New York License.

Mr. Cabrera said he went to New York City with Alexis Sanchez on July 4, 2002 and met "Domingo". Mr. Cabrera said Alexis Sanchez is the individual who posed as "Jose Gomez" and assisted him in obtaining vehicles. Mr. Cabrera stated Domingo's people always contacted him by phone and that he had little interaction with Domingo. Mr. Cabrera said he met "Domingo" in New York on only one occasion. Mr. Cabrera stated an individual arrested in New York driving one of the BMW's (Reggie Contreras) was a major player in the scam.

Mr. Cabrera said he opened two credit cards at Filenes Department Store in the names of Nelson Roman and Julio Hernandez. Mr. Cabrera stated he received Elsie Roman's Sovereign Credit

Card and its pin number from the woman who posed as Elsie Roman before she left Boston. Mr. Cabrera said the woman who had posed as Elsie Roman had owed him money and had left Boston in a rush. This credit card and a Sovereign check made out to Luis Cabrera from "Jeffrey Gonzalez" were recovered from Mr. Cabrera's wallet at the time of his arrest. Mr. Cabrera stated he had attempted to use the card but the account had no money in it.

Cabrera said his friend Wilfredo Rivera whom he had spent time with in jail was supposed to impersonate Jeffrey Gonzalez. Mr. Cabrera stated Mr. Rivera wanted too much money to buy cars as Jeffrey Gonzalez. Mr. Cabrera said Mr. Rivera's attitude forced him to place his own photo on top of the fraudulent Jeffrey Gonzalez license which contained Mr. Rivera's photo. Mr. Cabrera stated he photocopied the license in this manner and used the photocopy to purchase two VW automobiles in Natick as "Jeffrey Gonzalez". Mr. Cabrera said he used the photocopy of the fake Jeffrey Gonzalez license to obtain auto insurance at Maya Insurance in Jamaica Plain.

Mr. Cabrera stated that actual New York State Drivers Licenses were used to make the fake New York State Drivers Licenses used by him to buy cars. Mr. Cabrera said he had heard the real licenses were obtained from a Toyota Dealership in New York City. Mr. Cabrera stated that Domingo and Reggie Contreras from New York were behind the scam and Alexis Sanchez was the runner between New York and Boston. Mr. Cabrera said Wilfredo Rivera knew everyone involved in the scam and is into dealing drugs.

QUIRK VEHICLES

Mr. Cabrera stated he began working at Quirk Mitsubishi as a salesman on approximately September 1, 2001. Mr. Cabrera said he would do the paperwork for automobile purchases and bring it to his sales manager for approval.

1- Mr. Cabrera stated Gertrudis Coste was a friend of Luis Reyes. Mr. Cabrera said she came to him to buy a car but was declined for financing due to bad credit. Mr. Cabrera stated he told Ms. Coste she needed a co-signer and she later gave him the name of Kelly Couts. Mr. Cabrera said Ms. Coste faxed a copy of Ms. Couts license to Quirk and Mr. Cabrera filled out the paperwork. Mr. Cabrera stated Ms. Couts financing was approved when the co-signer information was added to the application.

2- Mr. Cabrera said Yesenia Calderon was a friend of David Martinez. According to Mr. Cabrera, David Martinez has been deported to the Dominican Republic at some time in the past year. Mr. Cabrera stated he did not know Edwin Sanchez who was arrested in the car by South Carolina Police. Mr. Cabrera said he did not meet the co-signer of the car Ms. Calderon purchased. Mr. Cabrera stated Ms. Calderon called him at the dealership and provided him the name of the co-signer Teodoro Martinez.

3- Mr. Cabrera said Isidro Moquea came from New York to purchase a car from him and was a friend of Louis Reyes. Mr. Cabrera stated Mr. Moquea was turned down because of bad credit. Mr. Cabrera said Mr. Moquea called later with the name of a co-signer Timothy Riley. Mr. Cabrera stated he filled out the paperwork for Mr. Moquea with the new co-signer information and Mr. Moquea's financing was approved.

Mr. Cabrera said a man named Scott (unknown last name) worked at Quirk as a sales person and did approvals for paperwork Mr. Cabrera submitted for deals.

4- Mr. Cabrera stated Isabelle Rodriguez who lives at 85 Dacia Street, Roxbury, MA posed as Gertrude Scott and purchased a vehicle. Mr. Cabrera said he knew Isabelle Rodriguez was not Gertrude Scott when she bought the car and filled out the paperwork for her to facilitate the transaction.

5- Mr. Cabrera said he was a friend of Gilberto Cespedes and told him he would need a co-signer for his loan application if he were to buy a car. Mr. Cabrera stated Mr. Cespedes got a co-signer and his loan was approved. Mr. Cabrera said he saw Mr. Cespedes in Salem, MA a month ago and he was driving a car that looked like the one he had purchased from him at Quirk.

6- Mr. Cabrera stated Yamira Borrero Gonzales was a friend of Louis Reyes and had bad credit. Mr. Cabrera said Ms. Gonzales gave him information for a co-signer named John Temple. Mr. Cabrera said Mr. Temple faxed a copy of his license to the dealership. Mr. Cabrera stated he resubmitted the paperwork for Ms. Gonzales with the additional information and her financing was approved.

7- Mr. Cabrera said he arranged for a friend of Gilberto Cespedes named Nerys Zeller to purchase an automobile. Mr. Cabrera stated Mr. Cespedes provided him with co-signer information so that Ms. Zeller could attain the vehicle. Mr. Cabrera was the salesman for the deal.

8- Mr. Cabrera said the vehicle contract, which listed Maria Ramos as the purchaser, and Barry Brodsky as the co-signer was actually a car received by his friend "Georgie". Mr. Cabrera stated the purchaser and co-signer were unaware their names were used. Mr. Cabrera said "Georgie" was a friend of "David" who worked at Quirk and assisted him in making these deals happen. Mr. Cabrera stated "Georgie" was a guy named Angel Vasquez.

9- Mr. Cabrera stated Bienvenido Martinez did not purchase a vehicle from him at Quirk. Mr. Cabrera said David Martinez (his co-worker at Quirk), provided Bienvenido Martinez's information and had two friends pick up the vehicle. Mr. Cabrera stated the two friends who picked up the vehicle from him at Quirk were arrested in the car. Mr. Cabrera said Gurtavo Valderama and Neftali Santos-Filomena were the guys who received the vehicle from him.

10- Mr. Cabrera stated Gregorio Matos was a friend of his who had bad credit and came into Quirk to purchase a vehicle. Mr. Cabrera said Matos gave him a co-signer for his automobile loan and the financing was approved. Mr. Cabrera stated he thought David Martinez might have been selling co-signer information.

POST QUIRK ACTIVITIES

Mr. Cabrera said he "quit" Quirk in May 2002. Mr. Cabrera stated that Quincy Police arrested him for his activities as a salesman at Quirk. Mr. Cabrera said he went to work for Island Auto in Lynn from May 2002 until June 2002. Mr. Cabrera stated he went to Santa Domingo, Dominican Republic on July 11, 2002 until August 12, 2002. Mr. Cabrera said he worked at Car Center USA for a short period of time. Mr. Cabrera stated he went to New Hampshire where he would buy junk cars, fix them up, and then resell them.

Mr. Cabrera said, "Then one day out of nowhere" Jose (Alexis Sanchez) called and said he was coming to Massachusetts and he could get some New York Drivers Licenses. Mr. Cabrera stated that Jose wanted Cabrera to get them cars in return for a thousand dollars per car. Mr. Cabrera said he went with Jose to a store on Washington Street in Jamaica Plain where he got two passport photos, which he gave to Jose. Mr. Cabrera stated Jose came back to Boston two days

later with a New York Drivers License in the name of Nelson Roman with Cabrera's photo on it. Mr. Cabrera said Jose told him that they wanted him to buy two BMW X5's.

NEW YORK LICENSE VEHICLES

11- Mr. Cabrera stated that he went to the BMW Gallery in Norwood and purchased two BMW X5 vehicles as "Nelson Roman". Mr. Cabrera said he gave one of the vehicles to Jose Gomez (Alexis Sanchez) who brought it to New York. Mr. Cabrera said the car he gave to Sanchez was the vehicle Contreras got arrested in.

12- Mr. Cabrera stated the second BMW he got from Norwood was the vehicle he had when he got arrested in Seekonk with Anna Cruz.

13- Mr. Cabrera said he bought a Jaguar from Norwood as " Nelson Roman" and gave it to Gladys Lopez for her personal use.

14- Mr. Cabrera stated he posed as "Nelson Roman" and co-signed a car loan for his friend George Berrios. Mr. Cabrera said Mr. Berrios is a male stripper who paid him $1000.00 to co-sign the loan because he had bad credit. Mr. Cabrera stated Berrios knew him as Luis Cabrera and participated in the scam so he could obtain vehicle financing.

15- Mr. Cabrera said he posed as "Nelson Roman" and co-signed a car loan for a friend of George Berrios named Hector Oquendo. Mr. Cabrera stated he charged Mr. Oquendo $1500.00 to co-sign the loan. Mr. Cabrera said Mr. Oquendo knew him as Luis Cabrera and participated in the transaction aware that Mr. Cabrera was representing himself as "Nelson Roman".

16, 17- Mr. Cabrera stated that one of the two photos he provided to Jose Gomez prior to receiving the Nelson Roman New York License was placed on a Julio Hernandez New York License. Mr. Cabrera said he used the Julio Hernandez New York License to obtain two BMW X5 vehicles from BMW Peabody. Mr. Cabrera said he brought Jose Gomez with him because Gomez wanted to bring one of the cars the car back to New York.

18- Mr. Cabrera stated he had done jail time in Massachusetts with a man named Wilfredo Rivera. Mr. Cabrera said he co-signed a loan for a friend of Mr. Rivera named Glomerys Martinez. Mr. Cabrera stated Ms. Martinez knew him as Luis and was coached by Mr. Rivera to partake in the scam. Mr. Cabrera said Ms. Martinez played along as he misrepresented himself as Julio Hernandez.

23- Mr. Cabrera stated Jose Gomez came to Massachusetts and requested Mr. Cabrera get him a BMW 745. Mr. Cabrera said he posed as Julio Hernandez and Alexis Sanchez posed as Jose Gomez and co-signed a loan for a BMW 740. Mr. Cabrera stated he thought Alexis Sanchez had gotten into an accident with this vehicle.

The interview ended at 12:50AM because Mr. Cabrera was due back in Natick Court at 1:30PM.


John Murphy
Postal Inspector