

## MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 0583-1393014-ECMT (1) |
| PERSON INTERVIEWED | : | Luis Cabrera (aka Luis Alcantara) |
| DATE OF INTERVIEW | : | February 9, 2004 |
| TIME OF INTERVIEW | : | 1:10PM until 4:15PM |
| INTERVIEWED BY | : | John Murphy, Postal Inspector<br>Michael Wheaton, MSP<br>Mark Frenzo, MSP |
| LOCATION | : | MCI Concord, Concord, MA. |

Mr. Cabrera is currently incarcerated at MCI Concord being held on $50,000 bail for local charges related to this investigation. Mr. Cabrera arranged this interview through his girlfriend Anna Cruz who contacted Trooper Wheaton. Ms. Cruz told Trooper Wheaton that Mr. Cabrera wanted to speak to investigators and provide information that could assist the investigation. Mr. Cabrera was interviewed on this date regarding his activities and knowledge of an ongoing investigation into a fraudulent scheme involving the use of stolen identities to purchase vehicles in the Boston area. Mr. Cabrera was explained his rights and agreed to talk about the case with investigators. Mr. Cabrera acknowledged and signed PS Form 1067, Warning and Waiver of Rights, before answering questions.

Mr. Cabrera said one of the BMW's he got for Domingo was in a Manhattan garage. Mr. Cabrera stated "Domingo" has all the cars.

Mr. Cabrera said his girlfriend Anna Cruz's business phone number is (978)686-7109. Mr. Cabrera stated she works as a travel agent. Mr. Cabrera said Ms. Cruz is not involved in his activities, but she would be willing to help him get the people behind the scam. Mr. Cabrera stated his desire to get out of prison because there was nothing he could do to get the bigger people involved unless he was out on bail. Mr. Cabrera said an inmate he saw at Cambridge Jail named Juan works with "them" and has probably told "them" he is in jail. Mr. Cabrera stated Juan is a dope dealer from Cambridge.

Mr. Cabrera said the addresses he used on the paperwork for many of his fraudulent deals were places he had lived or where people he knew lived. Mr. Cabrera stated that 175 Centre Street, Apartment A17 in Quincy was his old residence. Mr. Cabrera said 134 Edgemere Road, Apartment 1; West Roxbury was another old residence. Mr. Cabrera stated that Alexis Sanchez opened up PO Box 2054 in Jamaica Plain to receive correspondence for the scam.

Mr. Cabrera said the fraudulent Julio Hernandez and Jose Gomez New York Licenses were in the possession of Alexis Sanchez. Mr. Cabrera stated that Trooper Wheaton was in possession of the fraudulent Nelson Roman New York License. Mr. Cabrera said his friend Wilfredo Rivera possessed the fraudulent Jeffrey Gonzalez License. Mr. Cabrera stated he never gave Mr. Rivera

the social security number for Jeffrey Gonzalez because he would not pay him for the information.

Mr. Cabrera said his friend Juan Rodriguez went to Volkswagen to purchase a vehicle and was denied financing because he had bad credit.

Mr. Cabrera stated "Domingo" told him he exchanges the cars for drugs which he gets from Mexico. Mr. Cabrera said the banks don't start looking for the stolen cars for 90 days. Mr. Cabrera stated he told Domingo he wanted to work with him as an equal partner. Mr. Cabrera said he questioned Domingo about the need for a middle man. Mr. Cabrera stated he had this conversation with Domingo when they went to Washington Street in Jamaica Plain to obtain license photos. Mr. Cabrera said Domingo was with the woman who impersonated Elsie Roman when they had this conversation. Mr. Cabrera stated that approximately five days later, he met Domingo at South Bay Shopping Center in Boston. Mr. Cabrera said Domingo gave him Nelson Roman's social security card which he refused because he only needed the number to commit the fraud. Mr. Cabrera stated Domingo gave him the fake Nelson Roman New York License and one thousand dollars. Mr. Cabrera said Domingo requested a BMW for the thousand dollar payment.

Mr. Cabrera stated he was introduced to Domingo through Wilfredo Rivera when they were both in jail doing time for drug charges.

Mr. Cabrera said an individual named David Martinez worked at Quirk Volkswagen at the same time he worked at Quirk Mitsubishi. Mr. Cabrera stated Mr. Martinez provided drivers licenses and credit reports from files of Quirk customers who had test driven vehicles. Mr. Cabrera stated he used this information to fill out purchase contracts and obtain financing without the victim's knowledge. Mr. Cabrera said Mr. Martinez would pay him five hundred dollars to get a vehicle in this manner. Mr. Cabrera stated Mr. Martinez left Quirk Volkswagen shortly after he stopped working for Quirk Mitsubishi.

Mr. Cabrera said Wilfredo Rivera had told him that Domingo was getting license and credit information from a Toyota dealership in New York City. Mr. Cabrera stated he heard the information was being supplied by a guy who used to work at a Toyota dealership in New York. Mr. Cabrera said Domingo and Jose (Alexis Sanchez) gave him actual credit reports for Roman Nelson, Vidal Moreno, and Julio Hernandez. Mr. Cabrera stated he thought a salesperson and a manager would have to be working together to provide the information from the Toyota dealership.

Mr. Cabrera said that Jose Gomez (Alexis Sanchez) told him the information is provided to Ricky Contreras who makes the fake licenses. Mr. Cabrera stated he was told that Ricky Contreras has a friend in the New York Registry of Motor Vehicles who supplies the raw materials to make the fake licenses.

Mr. Cabrera said he went to New York with Gladys Lopez and received fifteen hundred dollars from Domingo at a Bronx hotel. Mr. Cabrera stated this money was owed to him for stealing and supplying vehicles to Domingo.

Mr. Cabrera stated that Alexis Sanchez showed him blank original motor vehicle titles from Maryland, Florida, and New Jersey. Mr. Cabrera said he heard the scam was also being run in these states. Mr. Cabrera stated an individual named "Leo" from New York does a lot of the title work. Mr. Cabrera said he met "Leo" in Lynn, Massachusetts. Mr. Cabrera said "Leo" met with him to get a title.

Mr. Cabrera stated Domingo has connections with shipping companies. Mr. Cabrera said Domingo has major drug connections. Mr. Cabrera stated Domingo sends cars to different dealerships with fake titles to be sold. Mr. Cabrera said the woman who posed as Elsie Roman is Domingo's assistant and "a nobody". Mr. Cabrera stated the woman who posed as Elsie Roman has a friend at the Massachusetts Registry of Motor vehicles who supplies documents.

Mr. Cabrera said Alexis Sanchez has visited his girlfriend Gladys Lopez at 36 Melbourne Street in Dorchester on a few occasions since he's been locked up. Mr. Cabrera stated Mr. Sanchez asks Gladys what's going on. Mr. Cabrera said Gladys Lopez was planning to move to Puerto Rico with his 10 month old daughter in March 2004.

Mr. Cabrera said he gave Domingo the Nelson Roman and Julio Hernandez Filenes credit cards. Mr. Cabrera stated he opened the accounts and used them. Mr. Cabrera said he applied for the cards and then had them mailed to Alexis Sanchez. Mr. Cabrera was shown Filenes Credit Card statements for Julio Hernandez and Nelson Roman. Mr. Cabrera identified the purchases as his own. Mr. Cabrera was shown Filenes and Lord & Taylor Credit card statements for Elsie Roman and Jose Gomez. Mr. Cabrera claimed he did not make any of the purchases listed on these statements.

Mr. Cabrera stated he thinks Domingo is laundering drug money with vehicle purchases. Mr. Cabrera said Domingo makes Passports, Social Security cards, New York Licenses, and counterfeit $20.00 bills. Mr. Cabrera stated he knows a female business friend of Domingo's in New York named "Milli".

Mr. Cabrera said he knows a guy named Angel Cruz from Florida who in June 2003 tried to get him to drive one of the vehicles to Florida. Mr. Cabrera stated Mr. Cruz wanted to pay off the vehicle with a stolen credit card and when the title arrived ten days later, he would go to a dealership and sell the vehicle. Mr. Cabrera said Mr. Cruz was willing to pay him five thousand dollars to do this scam, but he didn't do it because he was already doing business with Domingo.

Mr. Cabrera stated the cars he was stealing sold for approximately $125,000 in the Dominican Republic. Mr. Cabrera said Domingo has an associate named "Amador" who has a shipping company in New Jersey and who helps ship cars to the Dominican Republic.

Mr. Cabrera stated he heard a rumor Domingo was going to court soon.

The interview ended at 4:15PM.


John Murphy
Postal Inspector