**RESTITUTION**

It is further ordered that the defendant shall make total restitution in the amount of $624,745.07 to the following parties in the amounts indicated:

|    | Amount | Victim/Address |
|----|--------|----------------|
| 1. | $109,611.60 | MMCA<br>3120 Rider Trail SO<br>Earth City, MO 63045 |
| 2. | $99,137.62 | Quirk Motors<br>111 Thomas McGrath Highway<br>Quincy, MA 02169 |
| 3. | $27,942.12 | BMW Gallery<br>918 Providence Highway<br>Norwood, MA 02062 |
| 4. | $46,369 | BMW Financial Services<br>5515 Parkcenter Cr.<br>Dublin, OH 43017 |
| 5. | $29,094.25 | Chase Manhattan Bank<br>USA NA<br>PO Box 29214<br>Phoenix, AZ 85038 |
| 6. | $152,238.10 | Chase Manhattan Bank<br>USA NA<br>PO Box 5210<br>New Hyde Park, NY 11042 |
| 7. | $40,353.10 | Citizens Bank<br>PO Box 255587<br>Sacramento, CA 95865 |
| 8. | $43,049.71 | Daimler Chrysler LLC<br>2050 Roanoke Road<br>West Lake, TX 76262 |
| 9. | $46,489.25 | VW Credit Inc.<br>1401 Franklin Blvd.<br>Libertyville, IL 60048 |
| 10. | $11,231.49 | Daimler Chrysler Insurance Company<br>P.O. Box 9219<br>Farmington Hills, MI 48333 |
| 11. | $28,292.59 | Universal Underwriters Group |

                                                    175 Crossing Blvd., Suite 100  
                                                    Framingham, MA 01702

12.   $20,000                Peabody Motor Sports  
                                  221 Andover Street  
                                  Peabody, MA 01960