UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 04-10159-NG |
| v. ) | |
| ) | |
| LUIS CABRERA ) | |
| a/k/a Luis Alcantara ) | |
| a/k/a Luis Cabreia ) | |
| a/k/a Hector Rivera ) | |
| a/k/a Hector Rivers ) | |

GOVERNMENT'S MOTION TO CORRECT ERROR IN JUDGMENT

The Government moves, under Fed. R. Crim. P. 36, to correct a mathematical error in the judgment in this case. The restitution amounts set out in the judgment total $653,808.83. However, they are added incorrectly in the judgment, and the total is incorrectly listed as $624,745.07. The government therefore asks the Court to correct the judgment to reflect the correct total restitution obligation of $653,808.83.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Adam Bookbinder
ADAM J. BOOKBINDER
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

/s/ Adam J. Bookbinder
Adam J. Bookbinder

Dated: May 4, 2007