June 11, 2007

To Honorable Judge Nancy Gertner
One Courthouse Suite 4130
Boston, MA 02210

From: Luis Cabrera #40508
26 Long Pond Road
Plymouth, MA 02360

Dear Honorable Judge Gertner,

I am writing this Honorable Court in regards to my Transfered to a Federal prison. I been sentenced since March 5th, and I am at Plymouth county. My Attorney had contacted the marshalls, and they given him the round around.

Also Your Honor, I would like to ask this Honorable Court to waive my fee, and restitution that I can no pay, which I haven't been able to because of my financial situation.

I haven't been getting the treatment for my shoulders. Can you please look in to this matter. Thank you for your time.

Truely yours,

Luis Cabrera

FILED
CLERKS OFFICE
2007 JUN 15  P 4:44
U.S. DISTRICT COURT
DISTRICT OF MASS.